NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-766

KALANI SPURLOCK FINISTER, ET AL.

VERSUS

STATE OF LA, THRU THE DOTD, ET AL.

**********

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 00-C-4116-D
HONORABLE DONALD WAYNE HEBERT, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Billie Colombaro Woodard, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

AFFIRMED.

James T. Guglielmo
Charles M. Jarrell
Guglielmo, Lopez, Tuttle
Hunter & Jarrell
P. O. Drawer 1329
Opelousas, LA 70571-1329
(337) 948-8201
Counsel for Defendant/Appellant:
    State Of LA, Thru The DOTD

**Frank Tomeny  III**
**Jason L. Melancon**
**Attorney at Law**
**6709 Perkins Road**
**Baton Rouge, LA  70808**
**(225) 767-8333**
**Counsel for Plaintiff/Appellee:**
     **Kalani Spurlock Finister**